AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Marrero, Victor | 2. Court or Organization  U.S. District Court, S.D.N.Y. | 3. Date of Report  06/07/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Senior | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015  to  12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court, SDNY
500 Pearl Street
New York, New York 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | New York Public Library |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/07/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | salary, Bloomberg, LP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 06/07/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMORGAN CHASE MONEY MARKET | A | Interest | M | T | | | | | |
| 2. FIDELITY NY MUN. INC. FD. | C | Dividend | M | T | | | | | |
| 3. FIDELITY ROLLOVER IRA: (H) (See Lines 4 through 37 ) | | | | | | | | | |
| 4. Strategic Advs. Value Fund | D | Dividend | L | T | Sold (part) | 03/27/15 | J | B | |
| 5. | | | | | Sold (part) | 10/23/15 | J | B | |
| 6. Strategic Advs. Small Mid-Cap Fd | C | Dividend | L | T | Sold (part) | 04/02/15 | J | B | |
| 7. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 8. Strategic Advs. International Fund | D | Dividend | M | T | Sold (part) | 01/06/15 | K | B | |
| 9. | | | | | Sold (part) | 03/27/15 | J | B | |
| 10. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 11. | | | | | Sold (part) | 10/23/15 | J | A | |
| 12. Strategic Advs. Core Fund | D | Dividend | M | T | Sold (part) | 01/28/15 | J | A | |
| 13. | | | | | Buy (add'l) | 03/27/15 | J | | |
| 14. | | | | | Sold (part) | 07/29/15 | J | A | |
| 15. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 16. | | | | | Sold (part) | 08/28/15 | J | A | |
| 17. | | | | | Buy (add'l) | 10/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/07/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/23/15 | J | A | |
| 19. Strategic Advs. Growth Fund | D | Dividend | L | T | Sold (part) | 03/30/15 | J | A | |
| 20. | | | | | Sold (part) | 10/23/15 | J | B | |
| 21. Strategic Advs. Emerging Markets | A | Dividend | K | T | Buy (add'l) | 03/27/15 | J | | |
| 22. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 23. | | | | | Sold (part) | 04/29/15 | J | A | |
| 24. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 25. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 26. Arden Alternative Strategies Class I | A | Dividend | J | T | | | | | |
| 27. Fidelity GNMA Fund | A | Dividend | K | T | Sold (part) | 09/29/15 | J | A | |
| 28. Strategic Advs. Core Income Fund | D | Dividend | N | T | Sold (part) | 04/02/15 | J | A | |
| 29. Strategic Advs. Income Opportunities | C | Dividend | L | T | | | | | |
| 30. FIMM MMKT Port Inst. Cl | A | Dividend | J | T | | | | | |
| 31. Strategic Advsd. Short Duration Fund | B | Dividend | M | T | Sold (part) | 08/28/15 | J | A | |
| 32. | | | | | Sold (part) | 10/01/15 | J | A | |
| 33. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 34. Templeton Global Bond Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackstone Alternative Multi Mgr | A | Dividend | J | T | | | | | |
| 36. Merger Fund | A | Dividend | K | T | | | | | |
| 37. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 38. | | | | | | | | | |
| 39. (S) BLOOMBERG LP. 401(K) PLAN. (See Lines 40 through 41) | | | | | | | | | |
| 40. LifePath Index 2025 NL-G | B | Dividend | K | T | Buy | 01/01/15 | K | | |
| 41. Fidelity Contra Fund | B | Dividend | K | T | Buy | 01/01/15 | K | | |
| 42. | | | | | | | | | |
| 43. (S) FIDELITY ROLLOVER IRA: (H) (See Lines 44 through 71) | | | | | | | | | |
| 44. Strategic Advs. Value Fund | B | Dividend | K | T | Sold (part) | 10/23/15 | J | A | |
| 45. Strategic Advs. Small-Mid Cap Fd | A | Dividend | K | T | | | | | |
| 46. Strategic Advs. International Fund | B | Dividend | K | T | Sold (part) | 03/27/15 | J | A | |
| 47. | | | | | Sold (part) | 04/02/15 | J | A | |
| 48. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 49. | | | | | Sold (part) | 10/23/15 | J | A | |
| 50. Strategic Advs. Core Fund | C | Dividend | K | T | Buy (add'l) | 09/28/15 | J | | |
| 51. | | | | | Buy (add'l) | 10/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Strategic Advs. Growth Fund | B | Dividend | K | T | Sold (part) | 10/23/15 | J | A | |
| 53. Strategic Advs. Emerging Markets | A | Dividend | J | T | Buy (add'l) | 03/27/15 | J | | |
| 54. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 55. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 56. Arden Alternative Strategies Class I | A | Dividend | J | T | | | | | |
| 57. Fidelity GNMA Fund | A | Dividend | J | T | | | | | |
| 58. Fidelity Total Bond | A | Dividend | | | Sold | 03/27/15 | J | A | |
| 59. Strategic Advs. Core Income Fund | C | Dividend | L | T | Buy (add'l) | 03/27/15 | K | | |
| 60. | | | | | Buy (add'l) | 03/30/15 | J | | |
| 61. | | | | | Sold (part) | 08/28/15 | J | A | |
| 62. | | | | | Sold (part) | 10/01/15 | J | A | |
| 63. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 64. Strategic Advs. Income Opportunities Fund | A | Dividend | J | T | | | | | |
| 65. Strategic Advs. Short Duration Fund | A | Dividend | K | T | Sold (part) | 08/28/15 | J | A | |
| 66. Pimco Total Return Adm Shs | A | Dividend | | | Sold | 03/27/15 | J | A | |
| 67. Templeton Global Bond Class A | A | Dividend | J | T | | | | | |
| 68. FIMM MMKT Port Inst CL | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Blackstone Alternative Multi Mgr | A | Dividend | J | T | | | | | |
| 70. Merger Fund | A | Dividend | J | T | | | | | |
| 71. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. (S) FIDELITY SEP IRA: (H) (See Lines 74 through 98) | | | | | | | | | |
| 74. Strategic Advs. Value Fund | B | Dividend | K | T | Sold (part) | 10/23/15 | J | A | |
| 75. Strategic Advs. Small-Mid Cap Fund | A | Dividend | J | T | | | | | |
| 76. Strategic Advs. International Fund | B | Dividend | K | T | Sold (part) | 03/27/15 | J | A | |
| 77. | | | | | Sold (part) | 04/02/15 | J | A | |
| 78. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 79. | | | | | Sold (part) | 10/23/15 | J | A | |
| 80. Strategic Advs. Core Fund | B | Dividend | K | T | Buy (add'l) | 08/28/15 | J | | |
| 81. Strategic Advs. Growth Fund | A | Dividend | K | T | Sold (part) | 10/23/15 | J | A | |
| 82. Strategic Advs. Emerging Markets | A | Dividend | J | T | Buy (add'l) | 03/27/15 | J | | |
| 83. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 84. Arden Alternative Strategies Class I | A | Dividend | J | T | | | | | |
| 85. Fidelity GNMA Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Strategic Advs. Short Duration Fund | A | Dividend | J | T | | | | | |
| 87. Fidelity Total Bond | A | Dividend | | | Sold | 03/27/15 | J | A | |
| 88. Strategic Advs. Core Income Fund | B | Dividend | L | T | Buy (add'l) | 03/27/15 | J | | |
| 89. | | | | | Buy (add'l) | 03/30/15 | J | | |
| 90. | | | | | Sold (part) | 08/28/15 | J | A | |
| 91. | | | | | Sold (part) | 10/01/15 | J | A | |
| 92. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 93. Strategis Advs. Income Opportunities | A | Dividend | J | T | | | | | |
| 94. FIMM MMKT Port Inst. Cl | A | Dividend | J | T | Buy (add'l) | 08/28/15 | J | | |
| 95. Pimco Total Retrn Administrative Shs | A | Dividend | | | Sold | 03/27/15 | J | A | |
| 96. Templeton Global Bond Class A | A | Dividend | J | T | | | | | |
| 97. Blackstone Alternative Multi Mgr | A | Dividend | J | T | | | | | |
| 98. Merger Fund | A | Dividend | J | T | | | | | |
| 99. | | | | | | | | | |
| 100. (J) FIDELITY JOINT MUTUAL FUND (See Lines 101 through 104) | | | | | | | | | |
| 101. Fidelity New Markets Income | B | Dividend | L | T | Buy | 05/15/15 | L | | |
| 102. Fidelity Floating Rate High Income | B | Dividend | L | T | Buy | 05/15/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/07/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity High Income | C | Dividend | L | T | Buy | 05/15/15 | L | | |
| 104. Fidelity Global High Income | B | Dividend | L | T | Buy | 05/15/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 06/07/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Victor Marrero**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544